**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Darryl Taylor,<br><br>Petitioner,<br><br>v.<br><br>Eddie Miles, Warden,<br><br>Respondent. | Case No. 26-cv-2938 (KMM/LIB)<br><br>**REPORT AND RECOMMENDATION** |

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon review of Darryl Taylor's petition for a writ of habeas corpus, [Docket No. 1].

In a letter dated June 12, 2026, the Clerk of Court directed petitioner Darryl Taylor to pay the filing fee for this matter or apply for in forma pauperis ("IFP") status. (See Letter [Docket No. 2]). Petitioner was warned that if he did not pay the filing fee for this matter or apply for IFP status within fifteen days, this matter could be dismissed without prejudice. (See Id.).

That deadline has now passed, and Petitioner has not submitted an IFP application or paid the filing fee for this matter. In fact, Petitioner has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, consistent with the warning previously given to Petitioner, that this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. See Henderson v. Renaissance Grand Hotel, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Therefore, based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** this action be **DISMISSED without prejudice**.

Dated: July 16, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. See Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).