UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Darryl Taylor,                                          No. 26-cv-2938 (KMM/LIB)

      Petitioner,

v.                                                      **ORDER ADOPTING REPORT AND
                                                        RECOMMENDATION**

Eddie Miles, *Warden*,

      Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of U.S. Magistrate Judge Leo I. Brisbois dated July 16, 2026. (Dkt. 6.) The R&R recommends dismissal of Petitioner Darryl Taylor's Petition for a Writ of Habeas Corpus for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because he failed to either apply to proceed in forma pauperis ("IFP application") or pay the $5.00 filing fee, as directed. (*Id.*) The deadline for submitting objections to the R&R was July 30, 2026. *See* D. Minn. LR 72.2(b)(1) (providing 14 days to object to an R&R). That deadline has now passed, and Mr. Tayor has not objected to the R&R, has neither filed an IFP application or paid the required filing fee, and has not otherwise communicated with the Court. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this matter, the Court finds no error.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 6) is **ACCEPTED**;

2. Petitioner Darryl Taylor's Petition for a Writ of Habeas Corpus (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE.**

   **Let judgment be entered accordingly**.


Date: August 7, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge